# In the United States District Court For the Middle District of Alabama
*Southern Division*

| | | |
|---|---|---|
| Great American Insurance Company, a corportation, | ) | **SUMMONS** |
| | ) | |
| Plaintiff(s), | ) | (Issued pursuant to Rule 4 |
| | ) | of the Federal Rules of |
| v. | ) | Civil Procedure or other |
| | ) | appropriate laws.) |
| Town of Cottonwood, a municipal corporation, | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| Defendant(s). | ) | 1:05 cv 1213-C |
| | ) | |

TO DEFENDANT *Town of Cottonwood*

C/O Mayor Lomax Smith, 1414 Metcalf Street, Cottonwood, AL 36320

You are hereby summoned and required to serve upon plaintiff's attorney(s):

L. Graves Stiff, III , Brian A. Dodd, W. Drake Blackmon, Post Office Box 598512 Birmingham, Alabama 35259

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: *12-28-05*

<u>SEE REVERSE SIDE FOR RETURN</u>

*Debra P. Hackett* ,CLERK

By: *(signature)*
Deputy Clerk
(SEAL OF COURT)

NOTE:   A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
Post Office Box 711
Montgomery, Alabama 36101

*12-28-05* SCANNED

(3/92)

CASE NO. _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, 2005, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                                            *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, _____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                                            *Authorized or Specially Appointed Process Server*

| | | |
|---|---|---|
| Cost of Service: | Service fee: | $ 0.00 |
| | Expenses: _____ miles @ _____ cents | $ 0.00 |
| | TOTAL: | $ 0.00 |