| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Lamar S._  C. Date of Delivery 12/30/05<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Town of Cottonwood<br>Mayor Lomax Smith  c/o<br>1414 Metcalf Street<br>Cottonwood, AL  36320<br><br>1:05cv1213-C  S+C | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 2570 0001 4878 6226 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540