IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:05cv1213-CSC |
| TOWN OF COTTONWOOD, ) ) | |
| Defendant. ) | |

**ORDER**

This case was filed in this court on December 21, 2005. No answer has been filed. Accordingly, it is

ORDERED that on or before May 5, 2006, the plaintiff shall show cause why this case should not be dismissed for want of prosecution. *See* FED. R. CIV. P. 4(m).

Done this 21st day of April, 2006.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE