

**STARNES & ATCHISON** LLP
ATTORNEYS AT LAW

L. Graves Stiff, III
P.O. Box 598512
Birmingham, AL  35259-8512
(205) 868-6017
Facsimile: (205) 868-6099
E-mail:  GStiff@starneslaw.com

April 24, 2006

*Via Facsimile & U. S. Mail*
Mr. Gary Sherrer
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Post Office Box 805
Dothan, AL  36302

   RE: *Great American Insurance Company v. Town of Cottonwood, a municipal corporation*
     U. S. District Court – Middle District of Alabama
     Our File No.:  20782

Dear Gary:

  I have received the enclosed Order from Judge Coody and will respond promptly to it.  It would appear that your client must file a responsive pleading.  Great American remains interested in a settlement conference but it seems we have been unable to get together.

  Let's discuss at your convenience.  Please file an Answer before the end of the week, otherwise we will have to ask the Clerk to enter default.

          Very truly yours,

          STARNES & ATCHISON, LLP

          L. Graves Stiff, III

dr
enclosure
c: Mr. Ed Dudley

{B0591351}

100 BROOKWOOD PLACE
POST OFFICE BOX 598512
BIRMINGHAM, ALABAMA 35259-8512
205.868.6000

www.starneslaw.com

RIVERVIEW PLAZA, SUITE 1106
63 S. ROYAL STREET
MOBILE, ALABAMA 36602
251.433.6049