IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE, COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 1:05cv1213-CSC ) |
| TOWN OF COTTONWOOD, | ) ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME**

COMES NOW, Defendant in the above-styled cause, and respectfully requests an extension through and until July 11, 2006, in which to file their Answer with this court, and as grounds therefore state as follows:

1. That the parties have undertaken settlement negotiations and the Town of Cottonwood had compiled and forwarded to plaintiff's counsel over five hundred (500) pages of documentation in support of Cottonwood's position. The parties are in the process of scheduling meetings with the technical representatives of both parties in an effort to try to settle the case without incurring further litigation expense.

2. That the undersigned has talked with counsel for the plaintiff who is in agreement for this motion to be granted.

WHEREFORE, Defendant respectfully requests an extension through and until July 11, 2006, in which to file their Answer in this case.

Dated this 12th day of May, 2006.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendant

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that on this 12th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

L. Graves Stiff, III, Esq.
STARNES & ATCHISON, LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209

**s/Gary C. Sherrer**
OF COUNSEL

G:\GCS\A-PLEADI\MOTIONS\EXTENSIO.N\GAIC Weed2.wpd