IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF COTTONWOOD, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:05cv1213-CSC |

**ORDER**

Now pending before the court is the defendant's motion for an extension of time to file an answer (doc. # 6) filed on May 12, 2006. The plaintiff does not object to this motion. Accordingly, it is

ORDERED that the motion for an extension of time (doc. # 6) be and is hereby GRANTED and the defendant shall have until July 11, 2006 to file an answer or responsive pleading in this matter.

The parties are advised that, absent extraordinary circumstances, no further extensions shall be granted.

Done this 17th day of May, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE