IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  1:05cv1213-CSC |
| TOWN OF COTTONWOOD, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for status and scheduling conference on August 1, 2006, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 14th day of July, 2006.

                                      /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE