IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.  1:05cv1213-CSC ) |
| TOWN OF COTTONWOOD, | ) ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set on August 1, 2006, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama be and is hereby RESET to **10:00 a.m. on August 4, 2006,** by telephone conference call.  The plaintiff shall set up the telephone conference call.

Done this 31st day of July, 2006.


         /s/Charles S. Coody
         CHARLES S. COODY
         CHIEF UNITED STATES MAGISTRATE JUDGE