# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA | |
| DATE COMMENCED: 8/4/06 | AT | 10:08 A.M. - 10:12 A.M. | |
| DATE COMPLETED: 8/4/06 | AT | FTR RECORDING | |

GREAT AMERICAN INSURANCE  
COMPANY  
    Plaintiff

vs..

TOWN OF COTTONWOOD

    Defendant

CASE NO. 1:05CV1213-CSC

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Luther Graves Stiff | | Atty. Gary C. Sherrer |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:     ***TELEPHONE STATUS/SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
|---|---|---|
| **Description** | \multicolumn{2}{l}{Status/Scheduling Conf - 05cv1213-CSC} |
| **Date** 8 / 4 /2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:08:44 AM | Court | Conference call begins; parties on line as noted; Discussions as to status of case; |
| 10:08:56 AM | Atty. Stiff | Response regarding settling case; Will have a meeting in Dothan the 3rd week of Aug.; with the parties; |
| 10:09:58 AM | Atty. Sherrer | Knowledges that defts answers are over due; have agreed to preserve counterclaims; |
| 10:10:22 AM | Court | Response regarding the counterclaims insert in answer that the plaintiff does not object to the insertion of counterclaims; Discussion as to filing Rule 26 Planning Report; Court will enter an order as to when the planning report will be due; |
| 10:11:20 AM | Atty. Stiff | Sounds good; |
| 10:11:28 AM | Court | The order will also remind counsel consents; The mag. judg will not be able to handle case unless both sides consent; If parties don't want to consent the case will be reassigned to one of the district judges; |
| 10:11:51 AM | Atty. Sherrer | My parties will consent; |
| 10:11:52 AM | Atty. Stiff | We are fine; |
| 10:11:53 AM | Court | Just get the paper work in; |
| 10:12:08 AM | Court | Conference call ends; |