IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:05cv1213-CSC ) |
| TOWN OF COTTONWOOD, | ) ) ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8-8-06
Date

_____
Signature

Town of Cottonwood
Counsel For (**print** name of all parties)

335 W. Main St. Dothan, AL 36301
Address, City, State Zip Code

334-678-0100
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**