**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 30, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Great American Insurance Company v. Town of Cottonwood

Case Number:   1:05-cv-01213-CSC

Referenced Pleading:   Order

Docket Entry Number:   11

**The referenced pleading was filed on \*\*\*August 4, 2006\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.**

**Docket Entry 11 was an erroneous duplicate docket entry.  Parties are instructed to disregard #11 docketing entry and refer to docket entry # 10.**