IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:05cv1213-CSC ) |
| v. | ) ) |
| TOWN OF COTTONWOOD, | ) ) |
| Defendant. | ) |

_____

PLAINTIFF'S INITIAL DISCLOSURES
_____

**GREAT AMERICAN INSURANCE COMPANY (GAIC)** hereby serves its Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. GAIC reserves the right to supplement these disclosures as additional information becomes known during discovery.

SPECIFIC DISCLOSURES

(A)   Individuals likely to have discoverable information:

1. Mr. Edward F. Dudley
   Great American Insurance Company
   2625 Concord Pike Suite E
   Wilmington, DE  19803

2. Mr. Johnny Mac Weed
   Former president of Weed Contracting Company, Inc.

3. Mr. David Hicks, P.E.
   David Hicks and Associates
   406 Dothan Road
   Abbeville, AL  36310

{B0643663}

4. Mr. Mark Pool
   Houston County Engineer's Office
   2400 Columbia Highway
   Dothan, AL  36303

5. Mr. Bobby Monk
   Former Mayor of Town of Cottonwood
   5 Houston Street
   Cottonwood, AL  36320

6. Mrs. Jolaine Reynolds
   Town of Cottonwood Clerk

7. Representative of Hughes Supply Company
   c/o Mr. Mark P. Williams
   Norman, Wood, Kendrick & Turner
   505 20th Street North
   Birmingham, AL  35203

8. Mr. Daniell G. Hamm
   Former Bankruptcy Trustee for Weed Contracting Company, Inc.
   Law Offices of Keith & Hamm
   235 South McDonough Street
   Montgomery, AL  36104

9. Representative of Elmore Utilities, Inc.
   103 Boles Street
   Opp, Alabama 36067

(B) Documents

GAIC has various documents which support the allegations of its Complaint, including documents evidencing payments that GAIC made under the bonds issued on behalf of Weed Contracting Company, documents evidencing the remaining contract balance which the Town of Cottonwood owes GAIC, and documents evidencing payment by GAIC for equipment which the Town of Cottonwood has refused to return.  All

{B0643663}

documents are available for inspection and copying at the offices of Starnes & Atchison, LLP.

    (C)    <u>Computation of Damages</u>:

    (1)    Remaining contract balance owed to GAIC - $172,806.22, plus pre-judgment interest, costs, and all other expenses to which GAIC is entitled.

    (2)    Judgment in an amount equal to the actual value at the time of conversion by the Town of Cottonwood of the construction materials which GAIC paid for, which includes pipe, hydrants and gate valves, together with all interest permitted by law, and all costs of this action.

    (D)    <u>Insurance Coverage</u>:

N/A.

    <u>s/L. Graves Stiff, III.</u>
    L. Graves Stiff, III.
    Bar Number: ASB-0693-S70L
    Brian A. Dodd
    Bar Number: ASB-5193-D56B
    W. Drake Blackmon
    Bar Number: ASB-1566-W86B
    Attorneys for Great American Insurance Company
    STARNES & ATCHISON, LLP
    100 Brookwood Place, 7th Floor
    Birmingham, Alabama 35209
    Telephone: (205) 868-6000
    Fax: (205) 868-6099
    E-mail: GStiff@starneslaw.com
           BDodd@starneslaw.com
           WBlackmon@starneslaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court which will send notification of such filing to the following:

Gary C. Sherrer
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36302
Telephone: (334) 678-0100

              Respectfully submitted,

              s/L. Graves Stiff, III.
              L. Graves Stiff, III.
              Bar Number: ASB-0693-S70L
              Brian A. Dodd
              Bar Number: ASB-5193-D56B
              W. Drake Blackmon
              Bar Number:  ASB-1566-W86B
              Attorneys for Great American Insurance Company
              STARNES & ATCHISON, LLP
              100 Brookwood Place, 7th Floor
              Birmingham, Alabama 35209
              Telephone: (205) 868-6000
              Fax: (205) 868-6099
              E-mail: GStiff@starneslaw.com
                 BDodd@starneslaw.com
                 WBlackmon@starneslaw.com

{B0643663}