IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, a corporation, | ) ) ) | |
| Plaintiff, | ) | Civil Action No. 1:05cv1213-CSC |
| vs. | ) ) | |
| TOWN OF COTTONWOOD, a municipal corporation, | ) ) ) | |
| Defendant. | ) ) | |

## **MOTION TO DISMISS**

**GREAT AMERICAN INSURANCE COMPANY (GAIC)**, the plaintiff herein, hereby moves and requests the Court to dismiss all claims in this lawsuit, *with prejudice.* As grounds for this motion, GAIC states that the **TOWN OF COTTONWOOD** (the Town) and GAIC have settled their dispute in this matter and the parties have agreed to dismiss this lawsuit, *with prejudice*. (See Settlement check from the Town to GAIC attached hereto as Exhibit A).

WHEREFORE, PREMISES CONSIDERED, GAIC respectfully requests that the Court enter an Order dismissing this lawsuit, *with prejudice*.

{B0691694}

        Respectfully Submitted,

        s/W. Drake Blackmon
        L. Graves Stiff, III.
        Bar Number: ASB-0693-S70L
        W. Drake Blackmon
        Bar Number: ASB-1566-W86B
        Attorneys for Great American
        Insurance Company
        STARNES & ATCHISON, LLP
        100 Brookwood Place, 7th Floor
        Birmingham, Alabama 35209
        Telephone: (205) 868-6000
        Fax: (205) 868-6099
        E-mail: Gstiff@starneslaw.com
              Dblackmon@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Gary Sherrer
SHERRER, JONES & TERRY, P.C.
Post Office Box 805
Dothan, AL  36302

        s/W. Drake Blackmon
        L. Graves Stiff, III.
        Bar Number: ASB-0693-S70L
        W. Drake Blackmon
        Bar Number: ASB-1566-W86B
        Attorneys for Great American
        Insurance Company
        STARNES & ATCHISON, LLP
        100 Brookwood Place, 7th Floor
        Birmingham, Alabama 35209
        Telephone: (205) 868-6000
        Fax: (205) 868-6099
        E-mail: Gstiff@starneslaw.com
              WDB@starneslaw.com

{B0691694}