IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:05cv1213-CSC ) |
| TOWN OF COTTONWOOD, | ) ) |
| Defendant. | ) |

**ORDER**

On March 23, 2007, the plaintiff filed a motion to dismiss with prejudice asserting that the parties have reached an amicable settlement of all issues. Attached to the motion to dismiss is evidence of settlement. *See* Doc. # 21. Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. Accordingly, upon consideration of the motion to dismiss (doc. # 21), and for good cause, it is

ORDERED and ADJUDGED that the motion to dismiss (doc. #21) be and is hereby GRANTED this case be and is hereby DISMISSED with prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 23rd day of March, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE