IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  1:05cv1213-CSC |
| TOWN OF COTTONWOOD, | ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders entered in this case, it is the

ORDER, JUDGMENT, and DECREE of the court that this case be and is hereby DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 23rd day of March 2007.

_____
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE